SO ORDERED.
SIGNED 7th day of August, 2025



**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

**Randal S. Mashburn
Chief U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HIAWATHA MANOR ASSOCIATION, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-01916<br><br>Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES H. ABERNATHY, *et al.*<br><br>Defendants. | Adv. Pro. 2:25-ap-90051 |

## ORDER CONTINUING PRETRIAL CONFERENCE

This matter came before the Court for a pretrial conference on August 5, 2025, which was conducted in conjunction with a pretrial conference in a related adversary proceeding, Case No. 2:25-ap-90052. Appearing in person were Blake Roth and Christopher Kunde for the Debtor/Plaintiff, Rebecca Yielding for the U.S. Trustee, and Tom Forrester for Lake Tansy Village Property Owners Association. In addition, approximately two dozen Defendants appeared virtually by Zoom video or audio.[1] After discussion with the parties regarding several matters, the Court determined that a continuance of the pretrial conference was necessary and appropriate.

---

[1] The Defendants that appeared at the pretrial conferences have been identified as the following: Barbara Coles; Carolyn Pomeroy; Mark Pomeroy; Dale A. Kendrick; Edmund J. Ronco; Gail Gray; James D. Foster; Linda & Joseph

Accordingly, it is ORDERED that the pretrial conference in this adversary proceeding is hereby continued to **Tuesday, September 30, 2025**, at **1:30 p.m.** (Central Time) in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203. Appearances at the continued pretrial conference may be in-person or virtual pursuant to the attached instructions. In addition:

1. Counsel for Plaintiff shall serve a copy of this Order on all Defendants who appeared at the August 5, 2025, pretrial conference. Likewise, counsel shall, to the extent reasonably possible, serve a copy of the Order on any other Defendants who have made contact with the Plaintiff or its counsel expressing an interest in this litigation or the underlying bankruptcy, regardless of whether a formal appearance has been made or a responsive pleading has been filed.

2. Counsel for Plaintiff shall post a copy of this Order on any websites established for Hiawatha Manor East and Hiawatha Manor West in a manner that would be reasonably accessible to the respective time share owners.

IT IS SO ORDERED.

---

Stewart; Linda Simmons; Marian B. Williams-O'Neill; Marissa Rubio; John C. & Janis F. Webb; Rosie Mae Singleton; Arthur L. Way, III; Barbara J. Huccaby; Siu Lian Rubio; Michael G. & Betsy Rice; Regina H. Brown; Jack Emory Cannon; Vanessa Ellen Kennedy; and Teresa Kaye Eschbacher. (These names are based on statements during the conference or names reflected on the Zoom participant list, with no attempt to determine if they vary in any way from the individuals identified in the Plaintiff's pleadings. Likewise, the parties identified could be involved with either of the two adversary proceedings referenced herein.)

# INSTRUCTIONS FOR PARTICIPATING
# IN PRETRIAL CONFERENCE ON SEPTEMBER 30, 2025

A continued pretrial conference has been set for 1:30 p.m. (Central Time) on September 30, 2025. Because of the number of defendants in this adversary proceeding, the Court is allowing several options for parties to attend. Counsel for the Plaintiff is expected to appear in person. Defendants or attorneys for Defendants may participate in one of the following three ways:

### In Person:
Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203

### Zoom Video:
Zoom Link: https://www.zoomgov.com/j/1613863672
Meeting ID: 161 386 3672

### Telephonic Call-In:
US Toll-Free 833 568 8864
Meeting ID: 161 386 3672