United States Bankruptcy Court

Middle District of Tennessee

Hiawatha Manor Association, Inc.,
    Plaintiff

Abernathy,
    Defendant

Adv. Proc. No. 25-90051-RSM

# CERTIFICATE OF NOTICE

District/off: 0650-2     User: admin     Page 1 of 1
Date Rcvd: Aug 06, 2025     Form ID: pdf001     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Charles H. Abernathy, 367 Denzil Lane, Oneida, TN 37841-5944 |
| dft | + | Linda Lindstrom Simmons, 9643 Chanteclair Circle, Highlands Ranch, CO 80126-3079 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Plaintiff Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Plaintiff Hiawatha Manor Association Inc. scott.kunde@hklaw.com |

TOTAL: 2

SO ORDERED.
SIGNED 6th day of August, 2025

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. 2:25-ap-90051 |
| CHARLES H. ABERNATHY, *et al.*, | |
| Defendants. | |

**EXPEDITED ORDER AUTHORIZING SERVICE
BY PUBLICATION PURSUANT TO RULES 7004(C) AND
9008 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The Court has considered the Debtor's *Expedited Motion for Service by Publication Pursuant to Rules 7004(c) and 9008 of the Federal Rules of Bankruptcy Procedure* (the "***Motion***").

The Court finds that the Debtor has satisfied the prerequisites for service by publication under Rule

7004(c) because (i) the property that is the subject of the Adversary Proceeding is property in the custody of the court, (ii) the Debtor attempted service on all domestic Defendants at their last known address by first class mail, postage prepaid, and on all foreign Defendants at their last known address by FedEx with return receipt required, (iii) the Debtor exercised reasonable diligence in attempting to locate all Defendants, and (iv) the Defendants cannot be served by any other means. The Court further finds that the proposed publication set forth in this order satisfies the requirements of Rule 9008 for all Defendants which have not yet been served.

Accordingly, it is:

**ORDERED** that within twenty-one (21) days of entry of this order, the Debtor shall publish the following notice one time in the Crossville Chronicle and one time in a national newspaper (such as *USA Today*, the *Wall Street Journal*, or a similar paper with a national distribution):

> **NOTICE OF PROCEEDING TO SELL HIAWATHA EAST RESORT IN CROSSVILLE, TENNESSEE ("HIAWATHA EAST").** The Hiawatha East condo owners association has filed a complaint seeking authority to sell all co-owners' interests in the property. If you have not already been served with the complaint, you own an interest in Hiawatha East, and you oppose the sale, you must file a response with the United States Bankruptcy Court for the Middle District of Tennessee, 701 Broadway, Nashville, Tennessee 37203, in Adv. Pr. No. 25-90051 no later than thirty (30) days from the date of this publication. Further information may be obtained from the association, HiawathaService@lemonjuice.biz.

and it is further

**ORDERED** that the Debtor shall file a certificate of service with evidence of the publication no later than twenty-one (21) days following the publication; and it is further

**ORDERED** that the Debtor may move for a judgment against any Defendant served by publication that has not filed an answer or responsive pleading within thirty (30) days of the date of publication; and it is further

**ORDERED** that, this Order will not be effective for ten (10) business days from the issuance hereof, and, to the extent any party in interest objects to the entry of this Order, Debtor shall seek a prompt hearing with the Court to resolve said objection.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

/s/ Blake D. Roth
Blake D. Roth (TN Bar No. 031499)
C. Scott Kunde (TN Bar No. 040218)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: blake.roth@hklaw.com
       scott.kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*