# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: <br><br> HIAWATHA MANOR ASSOCIATION, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-01916 <br><br> Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES H. ABERNATHY, *et al.*, <br><br> Defendants. | Adv. Pro. 2:25-ap-90051 |

**DEBTOR'S EXPEDITED MOTION TO EXTEND DEADLINE FOR SERVICE BY PUBLICATION PURSUANT TO RULES 7004(C) AND 9008 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The above-captioned debtor (the "***Debtor***"), by and through its undersigned counsel, files this expedited motion (this "***Motion***") pursuant to section 105(a) of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 9006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rules 9014-1 and 9075-1 of the Local Rules of Court for the United States Bankruptcy Court for the Middle District of Tennessee (the "***Local Rules***"), seeking entry of an order continuing the extending the current publication deadline of Wednesday, September 10, 2025, to Wednesday, September 24, 2025.

Notice of this expedited Motion shall be given to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002.

No hearing is needed for this Motion and it can be decided by the Court in the Court's discretion.

1

In further support of the Motion, the Debtor, by and through its undersigned proposed counsel, respectfully represents:

## COMPLIANCE WITH LOCAL RULE 9075-1

1. <u>Expedited Relief Requested</u>. Local Rule 9075-1 allows the Court to grant emergency orders for expedited motions. Pursuant to Local Rule 9075-1(b), the Debtor requests expedited relief to extend the deadline by which it must serve notice by publication.

2. <u>Basis for Urgency</u>. Pursuant to this Court's *Expedited Order Authorizing Service by Publication Pursuant to Rules 7004(c) and 9009 of the Federal Rules of Bankruptcy Procedure* (A.P. Dkt. No. 15), the Debtor has a deadline of Wednesday, September 10, 2025, to coordinate and complete service by publication through two newspapers. To date, the Debtor has been unable to complete the publication process, and is still engaged with the two newspapers in finalizing the publication process and schedule. The Debtor's time has been occupied on preparing a data room into which it will produce various documents requested by the Court and certain creditors.

   a. Expedited relief is appropriate here because (i) expediting consideration of this motion will substantially reduce unnecessary time and professional fees related to further delaying the Debtor's successful pursuit and closure of a sale; and (ii) expediting the requested relief will not prejudice any party in interest because the only parties affected by the proposed relief are those that have not and cannot receive notice of this motion, given that the Debtor does not have accurate addresses for those parties, which is the reason the for service by publication.

   b. Accordingly, hearing this motion on an expedited basis will reduce professional fees and overall administrative expenses, all for the betterment of the Debtor's estate and all parties in interest, while also in no way prejudicing any parties impacted by

the requested relief.

3. <u>Notice</u>. Concurrently with the filing of this motion, the Debtor shall provide notice of this motion to the Office of the United States Trustee for the Middle District of Tennessee ("***U.S. Trustee***") and all parties entitled to notice pursuant to Bankruptcy Rule 2002. Service is being executed via the Court's CM/ECF system.

4. <u>Suggested Hearing</u>. The Debtor does not believe a hearing is needed for this Motion and it can be decided by the Court in the Court's discretion.

5. <u>Support</u>. The Debtor's support for this motion is set forth below.

## JURISDICTION AND VENUE

6. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157(b).

7. Venue of this case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

8. The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 521, Bankruptcy Rules 9006 and 9014, and Local Rule 9014-1.

## BACKGROUND

9. On May 6, 2025 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing this chapter 11 case (the "***Chapter 11 Case***").

10. On the Petition Date, the Debtor also filed a complaints commencing adversary proceedings (Adv. Pro. No. 2:25-ap-90051).

11. On July 31, 2025, the Debtor filed its *Expedited Motion for Service by Publication Pursuant to Rules 7004(c) and 9008 of the Federal Rules of Bankruptcy Procedure* (A.P. Dkt. No. 14).

12. On August 8, 2025, the Court entered its *Expedited Order Authorizing Service by Publication Pursuant to Rules 7004(c) and 9009 of the Federal Rules of Bankruptcy Procedure* (A.P. Dkt. No. 15).

## **RELIEF REQUESTED**

13. By this Motion, the Debtor seeks entry of an order the extending the current publication deadline of Wednesday, September 10, 2025, to Wednesday, September 24, 2025.

14. The Debtor believes the publications will be finalized and completed by September 15, 2025, but out of an abundance of caution requests the extension to September 24, 2025.

15. Extending the current publication deadline will allow the Debtor to finalize all publication processes and procedures with the respective newspaper companies to ensure that service by publication is accomplished as intended.

## **NOTICE**

16. Notice of this Motion will be provided to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002. Due to the nature of the relief requested herein, the Debtor submits that no other or further notice is required.

## **NO PRIOR REQUEST**

17. No previous request for relief sought herein has been made to this Court or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtor respectfully requests entry of an order granting the relief requested herein and granting such other relief as is just and proper.

DATED: September 10, 2025  
         Nashville, Tennessee

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

  */s/ Blake D. Roth*  
Blake D. Roth (Federal ID No. 2666808)  
C. Scott Kunde (TN Bar No. 040218)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804  
Email: Blake.Roth@hklaw.com  
       Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice.

      /s/ Blake D. Roth
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
          Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*