Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Adversary Proceeding No.: 2:25−ap−90051
Related Bankruptcy Proceeding No.: 2:25−bk−01916

Judge: Randal S Mashburn

In Re:

Plaintiff/Movant : Hiawatha Manor Association, Inc.

  vs

Defendant/Respondent : Charles H. Abernathy

---

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 19, the request to extend the deadline for service by publication is granted, and the deadline is extended to September 24, 2025. (RE: related document(s) 19) (skb)

Dated: 9/11/25

                                          /s/ Randal S Mashburn
                                          UNITED STATES BANKRUPTCY JUDGE