United States Bankruptcy Court
Middle District of Tennessee

Hiawatha Manor Association, Inc.,
    Plaintiff

Abernathy,
    Defendant

Adv. Proc. No. 25-90051-RSM

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 11, 2025 | Form ID: vorder | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219-1791 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| dft | + | Charles H. Abernathy, 367 Denzil Lane, Oneida, TN 37841-5944 |
| pla | + | Hiawatha Manor Association, Inc., 8007 Cherokee Trl, Crossville, TN 38572-6331 |
| dft | + | Linda Lindstrom Simmons, 9643 Chanteclair Circle, Highlands Ranch, CO 80126-3079 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Plaintiff Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Plaintiff Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.: 2:25−ap−90051
Related Bankruptcy Proceeding No.: 2:25−bk−01916

Judge: Randal S Mashburn

In Re:

Plaintiff/Movant : Hiawatha Manor Association, Inc.

   vs

Defendant/Respondent : Charles H. Abernathy

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 19, the request to extend the deadline for service by publication is granted, and the deadline is extended to September 24, 2025. (RE: related document(s) 19) (skb)

Dated: 9/11/25

        /s/ Randal S Mashburn
        UNITED STATES BANKRUPTCY JUDGE