United States Bankruptcy Court
Middle District of Tennessee

Hiawatha Manor Association, Inc.,
    Plaintiff

Abernathy,
    Defendant

Adv. Proc. No. 25-90051-RSM

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Charles H. Abernathy, 367 Denzil Lane, Oneida, TN 37841-5944 |
| pla | + | Hiawatha Manor Association, Inc., 8007 Cherokee Trl, Crossville, TN 38572-6331 |
| dft | + | Linda Lindstrom Simmons, 9643 Chanteclair Circle, Highlands Ranch, CO 80126-3079 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Plaintiff Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Plaintiff Hiawatha Manor Association Inc. scott.kunde@hklaw.com |

TOTAL: 2

SO ORDERED.
SIGNED 14th day of October, 2025



Randal S. Mashburn
Chief U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: <br><br> HIAWATHA MANOR ASSOCIATION, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-01916 <br><br> Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES H. ABERNATHY, *et al.* <br><br> Defendants. | Adv. Pro. 2:25-ap-90051 |

## ORDER CORRECTING PRETRIAL CONFERENCE INSTRUCTIONS

The continued pretrial conference in this adversary proceeding is set for Monday, October 20, 2025, at 1:30 p.m. to be conducted in person or via zoom. The instructions for virtual participation attached to the Order at Doc. 25 included an incorrect conference date, using the prior date instead of the new date. The corrected PDF instructions – with the only change being the corrected date of October 20, 2025 – are attached to this Order. In addition:

1. Counsel for Plaintiff shall serve a copy of this Order on all Defendants who appeared at the September 30, 2025, pretrial conference. Likewise, counsel shall, to the extent reasonably possible, serve a copy of the Order on any other Defendants who have made contact with the Plaintiff or its counsel expressing an interest in this litigation or the underlying bankruptcy, regardless of whether a formal appearance has been made or a responsive pleading has been filed.

2. Counsel for Plaintiff shall post a copy of this Order on any websites established for Hiawatha Manor East and Hiawatha Manor West in a manner that would be reasonably accessible to the Defendants.

IT IS SO ORDERED.

# INSTRUCTIONS FOR PARTICIPATING
# IN PRETRIAL CONFERENCE ON OCTOBER 20, 2025

A continued pretrial conference has been set for 1:30 p.m. (Central Time) on October 20, 2025. Because of the number of defendants in this adversary proceeding, the Court is allowing several options for parties to attend. Counsel for the Plaintiff is expected to appear in person. Defendants or attorneys for Defendants may participate in one of the following three ways:

### In Person:
Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203

### Zoom Video:
Zoom Link: https://www.zoomgov.com/j/1613863672
Meeting ID: 161 386 3672

### Telephonic Call-In:
US Toll-Free 833 568 8864
Meeting ID: 161 386 3672