United States Bankruptcy Court

Middle District of Tennessee

Hiawatha Manor Association, Inc.,

    Plaintiff                                                              Adv. Proc. No. 25-90051-RSM

Abernathy,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0650-2                      User: admin                                  Page 1 of 1

Date Rcvd: Oct 21, 2025                  Form ID: pdf001                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Charles H. Abernathy, 367 Denzil Lane, Oneida, TN 37841-5944 |
| dft | + | Linda Lindstrom Simmons, 9643 Chanteclair Circle, Highlands Ranch, CO 80126-3079 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | |
| | on behalf of Plaintiff Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | |
| | on behalf of Plaintiff Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |

TOTAL: 2

SO ORDERED.
SIGNED 21st day of October, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. 2:25-ap-90051 |
| CHARLES H. ABERNATHY, *et al.* | |
| Defendants. | |

## ORDER CONTINUING PRETRIAL CONFERENCE

This matter came before the Court for a pretrial conference on October 20, 2025, which was conducted in conjunction with a pretrial conference in a related adversary proceeding, Case No. 2:25-ap-90052. Appearing in person were Blake Roth for the Debtor/Plaintiff and Rebecca Yielding for the U.S. Trustee. In addition, several Defendants appeared virtually by Zoom video or audio.[1]

---

[1] The Defendants that appeared at the pretrial conferences have been identified as the following: Carolyn Pomeroy; Linda & Joseph Stewart; John C. & Janis F. Webb; Barbara J. Huccaby; Jack Emory Cannon; and Vanessa Ellen Kennedy. (These names are based on statements during the conference or names reflected on the Zoom participant list, with no attempt to determine if they vary in any way from the individuals identified in the Plaintiff's pleadings. Likewise, the parties identified could be involved with either of the two adversary proceedings referenced herein.)

After discussion with the parties and counsel, the Court determined that a continuance of the pretrial conference was necessary and appropriate.

Accordingly, it is ORDERED that the pretrial conference in this adversary proceeding is hereby continued to **Monday, November 24, 2025**, at **1:30 p.m.** in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203. Appearances at the continued pretrial conference may be in-person or virtual pursuant to the attached instructions. In addition:

1.     Counsel for Plaintiff shall serve a copy of this Order on all Defendants who appeared at the October 20, 2025, pretrial conference. Likewise, counsel shall, to the extent reasonably possible, serve a copy of the Order on any other Defendants who have made contact with the Plaintiff or its counsel expressing an interest in this litigation or the underlying bankruptcy, regardless of whether a formal appearance has been made or a responsive pleading has been filed.

2.     Counsel for Plaintiff shall post a copy of this Order on any websites established for Hiawatha Manor East and Hiawatha Manor West in a manner that would be reasonably accessible to the Defendants.

IT IS SO ORDERED.

# INSTRUCTIONS FOR PARTICIPATING
## IN PRETRIAL CONFERENCE ON NOVEMBER 24, 2025

A continued pretrial conference has been set for 1:30 p.m. (Central Time) on November 24, 2025. Because of the number of defendants in this adversary proceeding, the Court is allowing several options for parties to attend. Counsel for the Plaintiff is expected to appear in person. Defendants or attorneys for Defendants may participate in one of the following three ways:

**In Person:**

Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203

**Zoom Video:**

Zoom Link: https://www.zoomgov.com/j/1613863672

Meeting ID: 161 386 3672

**Telephonic Call-In:**

US Toll-Free 833 568 8864

Meeting ID: 161 386 3672