# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.: 2:25−ap−90051
Related Bankruptcy Proceeding No.: 2:25−bk−01916

Judge: Randal S Mashburn

In Re:

Plaintiff/Movant : Hiawatha Manor Association, Inc.

   vs

Defendant/Respondent : Charles H. Abernathy

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 31, the Debtor has filed a motion in the main bankruptcy case to reschedule status conferences set for November 24, 2025, in two related adversary proceedings (25−90051 and 25−90052). The Debtor requests that the status conferences be rescheduled for December 30, 2025, to coincide with an anticipated hearing on a motion to employ a real estate broker. The general basis for the request is to avoid extra travel and duplication of efforts. The motion is denied with certain caveats. The Court did not anticipate that there would be any evidence required at the status conferences but rather there would simply be an update from counsel for the Debtor regarding the progress of these matters. Further, no motion has been filed in either of the adversary proceedings seeking this relief, and the status conferences were scheduled in the adversary proceedings, not the main case where this motion was filed. Also, given the short amount of time between the motion and the status conferences, it is likely that some interested parties might not receive sufficient notice of the change. Finally, the Court would benefit from hearing a brief update on these matters at the scheduled time. However, to assure the most economical and efficient process, the following conditions will apply to the status conferences: (a) counsel for the Debtor and any representatives or professionals who wish to participate in the status conference may attend by Zoom video using the instructions attached to docket entry 31 in 25−90051 and 32 in 25−90052; (b) it will not be necessary for anyone on behalf of the Debtor to participate in the status conferences other than counsel for the Debtor; (c) the Court anticipates limiting the status conferences to a short summary by counsel for the Debtor regarding recent activity and information about the anticipated timing of future activities; (d) although there could be questions or comments from the Court or potentially from others in attendance, the Court anticipates that any substantive discussions will be deferred until a later date likely the December 30, 2025, date suggested by the Debtor. (RE: related document(s) 31) (skb)

Dated: 11/19/25

                                                /s/ Randal S Mashburn
                                                UNITED STATES BANKRUPTCY JUDGE