United States Bankruptcy Court

Middle District of Tennessee

Hiawatha Manor Association, Inc.,
    Plaintiff

Abernathy,
    Defendant

Adv. Proc. No. 25-90051-RSM

# CERTIFICATE OF NOTICE

District/off: 0650-2     User: admin     Page 1 of 1
Date Rcvd: Dec 30, 2025     Form ID: pdf001     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Charles H. Abernathy, 367 Denzil Lane, Oneida, TN 37841-5944 |
| dft | + | Linda Lindstrom Simmons, 9643 Chanteclair Circle, Highlands Ranch, CO 80126-3079 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Plaintiff Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Plaintiff Hiawatha Manor Association Inc. scott.kunde@hklaw.com |

TOTAL: 2

SO ORDERED.
SIGNED 30th day of December, 2025



Randal S. Mashburn
Chief U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. 2:25-ap-90051 |
| CHARLES H. ABERNATHY, *et al.,* | |
| Defendants. | |

**ORDER CONTINUING PRETRIAL CONFERENCE**

This matter came before the Court for a status conference on December 30, 2025, which was conducted in conjunction with a status conference in a related adversary proceeding, Case No. 2:25-ap-90052. Blake Roth appeared on behalf of the Debtor; Rebecca Yielding appeared on behalf of the U.S. Trustee; Tom Forrester appeared on behalf of Lake Tansi Village Property Owners Association, Inc.; and Marc Buchman appeared on behalf of Hiawatha Manor West Association, LLC. The adversary proceedings have a direct impact on the Debtor's motion in the main bankruptcy case for approval of bidding procedures and sale of the properties of Hiawatha Manor East and Hiawatha Manor West (Case No. 2:25-bk-01916, Doc. No. 110). Therefore, the Court also discussed with counsel certain scheduling issues involving the sale-related motion to the extent it affects the timing of a resolution of the adversary proceedings.

After discussion with counsel, the Court determined that a continuance of the status conference in the adversary proceedings is necessary and appropriate to coincide with the hearing on the Debtor's sale-related motion currently scheduled on January 20, 2026. Debtor's counsel represented that he anticipates filing motions for summary judgment in each adversary proceeding prior to January 20, 2026, so that they can be scheduled to be heard with any final sale hearing (currently proposed to be in mid-March).

Accordingly, it is ORDERED as follows:

1. The pretrial conference in this adversary proceeding is hereby continued to **Tuesday, January 20, 2026**, at **9:30 a.m.** in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203. It is anticipated that the Court will use the conference to set appropriate response deadlines and a hearing date for the anticipated motions for summary judgment to be filed by the Debtor.

2. Appearances at the continued pretrial conference may be in-person or virtual. Defendants in the adversary proceedings who do not have counsel have the option of appearing either by video or telephonically. Counsel and other participants should appear by Zoom video if they are not appearing in person. (This pretrial conference is being scheduled at the same time as the sale-related motion hearing in the main bankruptcy case that will likely necessitate in-person appearances by certain counsel and other participants.) See the attached instructions for more details.

3. Counsel for Plaintiff shall serve a copy of this Order on all Defendants who have appeared at prior pretrial and status conferences to the extent counsel has adequate information to do so. Likewise, counsel shall, to the extent reasonably possible, serve a copy of the Order on any other Defendants who have made contact with the Plaintiff or its counsel expressing an interest in this litigation or the underlying bankruptcy, regardless of whether a formal appearance has been made or a responsive pleading has been filed.

4. Counsel for Plaintiff shall post a copy of this Order on any websites established for Hiawatha Manor East and Hiawatha Manor West in a manner that would be reasonably accessible to the Defendants.

IT IS SO ORDERED.

## Instructions for Virtual Participation
## In Continued Pretrial Conference

1. Advance registration is required for participation via Zoom video or audio, as well as telephonic call-in access.

2. To register, first access the following link:
https://www.tnmb.uscourts.gov/register-virtual-link

3. Click on the registration button for **Courtroom One, Judge Mashburn CH 7/11 Docket**.

4. This will take you to the external registration site displayed as Zoom for Government. Choose the appropriate meeting date, which will be **January 20, 2026, 9:30 AM**.

5. A form will open that requires your name, email address, and case number. (For Defendants who are time share owners, it will be either adversary proceeding number 25-90051 or 25-90052.) When asked to select a reason for your request to appear virtually, you may select "Other Reason allowing virtual appearance…" Finally, you must certify "Yes" that you have a matter set for hearing. Once registered, you will receive an email with the zoom access information – a link for Zoom video or audio access from a computer or mobile device, a call-in number for persons participating by phone, and a meeting ID number.

6. Participants are encouraged to register at least one day before the hearing date.

###