# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: <br><br> HIAWATHA MANOR ASSOCIATION, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-01916 <br><br> Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES H. ABERNATHY, *et al.*, <br><br> Defendants. | Adv. Pro. 2:25-ap-90051 |

## HIAWATHA MANOR ASSOCIATION, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Hiawatha Manor Association, Inc. (the "**Debtor**"), the debtor and debtor in possession in the above captioned chapter 11 case (the "**Chapter 11 Case**") and the plaintiff in the above captioned adversary proceeding (the "**Adversary Proceeding**"), files this motion (the "**Motion**"), pursuant to Rule 56 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable in this adversary proceeding by Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rules of Bankruptcy Procedure 7056-1, seeking entry of summary judgment.

In support of this motion, the Debtor relies upon (a) *Statement of Undisputed Facts in Support of Hiawatha Manor Association, Inc.'s Motion for Summary Judgment* (the "**Statement of Facts**"), (b) *Brief in Support of Hiawatha Manor Association, Inc.'s Motion for Summary Judgment* (the "**Brief**"), and (c) the *Declaration of Alexander Krakovsky in Support of Hiawatha*

*Manor Association, Inc.'s Motion for Summary Judgment* (the "***Krakovsky Declaration***") (collectively, the "***Supporting Documents***").[1] As set forth in the Supporting Documents and the record before this Court, there are no genuine issues of material fact and the Debtor is entitled to summary judgment in its favor against the Defendants.

WHEREFORE, for the reasons set forth in the Supporting Documents, the Debtor requests entry of an order substantially in the form attached hereto as **Exhibit A** (a) granting summary judgment, pursuant to Rule 56 of the Federal Rules and Rule 7056 of the Bankruptcy Rules in its favor against the Defendants, and (b) that this Court grant such other and further relief as this Court deems just and proper.

Dated: January 19, 2026

Respectfully submitted,
**HOLLAND & KNIGHT LLP**

 */s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
 Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Supporting Documents.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served via the Court's CM/ECF system, or United States First Class Mail, on January 19, 2026, on (i) all parties who are registered to receive electronic notice through the Court's CM/ECF system, (ii) the Office of the United States Trustee for the Middle District of Tennessee, and (iii) the Defendants.

/s/ Blake D. Roth