SO ORDERED.
SIGNED 21st day of January, 2026

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Randal S. Mashburn*

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. 2:25-ap-90051 |
| CHARLES H. ABERNATHY, *et al.,* | |
| Defendants. | |

**SCHEDULING ORDER REGARDING PLAINTIFF HIAWATHA MANOR ASSOCIATION, INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Hiawatha Manor Association, Inc. has filed a Motion for Summary Judgment, accompanied by a Brief in Support of the Motion, a Statement of Undisputed Facts, and a supporting Affidavit of Alexander Krakovsky. The Court hereby sets the following schedule for considering the motion:

1.    The Plaintiff shall serve the Motion and related documents along with this Order upon Defendants no later than **January 28, 2026**. Along with those documents, the Plaintiff shall serve the order approving sale procedures entered in the main bankruptcy case that relates to the property that is subject to the Motion.

2.      Any responses to the Motion and Statement of Undisputed Facts and any opposition evidence shall be filed by no later than **March 9, 2026**.

2.      Any reply by the Plaintiff shall be filed by no later than **March 19, 2026**.

3.      The Court will conduct a hearing on the Motion and any responses thereto on **Tuesday, March 31, 2026**, at **9:30 a.m.** in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.  Except as excused by this order or any subsequent order, appearances at the hearing shall be in person.  Any party requesting relief from this requirement shall file an appropriate motion.

4.      Defendants and interested parties who are simply monitoring the proceedings and who do not plan to make any argument in the matter have the option of appearing either by video or telephonically.  Remote appearances shall be by Zoom video or audio according to the following instructions:

a.      Advance registration is required for participation via Zoom video or audio, as well as telephonic call-in access.

b.      To register, first access the following link:

https://www.tnmb.uscourts.gov/register-virtual-link

c.      Click on the registration button for Courtroom One, Judge Mashburn CH 7/11 Docket.

c.      This will take you to the external registration site displayed as Zoom for Government.  Choose the appropriate meeting date, which will be March 31, 2026, 9:30 AM.

e.      A form will open that requires your name, email address, and case number. (For Defendants who are time share owners, it will be either adversary proceeding number 25-90051 or 25-90052.)  When asked to select a reason for your request to appear virtually, you may select "Other Reason allowing virtual appearance…"  Finally, you must certify "Yes" that you have a matter set for hearing.  Once registered, you will receive an email with the zoom access information – a link for Zoom video or audio access from a computer or mobile device, a call-in number for persons participating by phone, and a meeting ID number.

f.      Participants are encouraged to register at least one day before the hearing date.

5.     In addition to service as provided above, Plaintiff's counsel shall post a copy of the pertinent documents on any websites established for Hiawatha Manor East and Hiawatha Manor West in a manner that would be reasonably accessible to the Defendants.

IT IS SO ORDERED.