IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pr. No. 25-90051 |
| CHARLES H. ABERNATHY, *et al.*, | |
| Defendants. | |

**MOTION TO APPEAR VIA ZOOM VIDEO
AT THE MARCH 31, 2026 SUMMARY-JUDGMENT HEARING**

Linda (Lindstrom) Simmons (the "Movant"), a party in interest and pro se defendant in Adversary Proceeding No. 25-90051 and related proceedings, respectfully moves the Court to appear by Zoom video at the hearing on the pending motion for summary judgment scheduled for March 31, 2026.

In support of this request, Movant states as follows:

1. Movant resides in Highlands Ranch, Colorado, approximately 1,100 miles from Nashville, Tennessee. Personal attendance would impose significant travel cost, time burden, and logistical difficulty.

2. Movant appears pro se and seeks to present legal argument based on the written record in connection with the pending motion for summary judgment.

1

3. Movant does not intend to present live testimony, call witnesses, or otherwise require in-person evidentiary proceedings. Remote appearance will therefore not interfere with the orderly conduct of the hearing.

4. Movant possesses reliable internet access, appropriate audio-visual equipment, and the technical capability to participate fully in a Zoom hearing as directed by the Court.

5. Allowing remote participation will promote the efficient resolution of the pending matters while avoiding unnecessary expense and delay, and will not prejudice any party.

Respectfully Submitted,
February 4, 2026

/s/ Linda (Lindstrom) Simmons

Linda (Lindstrom) Simmons, Pro Se
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, a true and correct copy of the foregoing Motion to Appear via Zoom Video at the March 31, 2026 Summary-Judgment Hearing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all parties entitled to receive electronic notice in this adversary proceeding.

/s/ Linda (Lindstrom) Simmons

Linda (Lindstrom) Simmons, Pro Se
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com