# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Adversary Proceeding No.: 2:25−ap−90051
Related Bankruptcy Proceeding No.: 2:25−bk−01916

Judge: Randal S Mashburn

In Re:

Plaintiff/Movant : Hiawatha Manor Association, Inc.

   vs

Defendant/Respondent : Charles H. Abernathy

---

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 43, 45, Linda Simmons has filed a motion at Doc. 45 to appear virtually in connection with the hearing scheduled for March 31, 2026, pursuant to the order at Doc. 43, on the motion for summary judgment filed by the plaintiff. The Court will defer ruling on this request until it is determined what response, if any, is filed by Ms. Simmons to the summary judgment motion by the March 9, 2026, deadline established by the scheduling order. Ms. Simmons as well as other defendants may monitor the matter virtually pursuant to the scheduling order, but persons opposing the motion and seeking to make arguments for denial of the motion would normally be required to attend in person. Without knowing whether Ms. Simmons will oppose the motion and the grounds for such opposition, it is premature to determine if virtual participation would be appropriate. If she files a timely response in opposition to the relief requested by the plaintiff, she may renew her request to appear virtually. (RE: related document(s) 43, 45) (las)

Dated: 2/11/26

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE