Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.:  2:25–ap–90051
Related Bankruptcy Proceeding No.:  2:25–bk–01916

Judge:  Randal S Mashburn

In Re:

Plaintiff/Movant : Hiawatha Manor Association, Inc.

   vs

Defendant/Respondent : Charles H. Abernathy

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 43, 51, Defendant Linda Simmons has filed a motion at Doc. 51 to appear via Zoom video for the March 31, 2026, summary judgment hearing. The motion is granted based on the conditions acknowledged in her motion that will apply to her appearance. The procedures for virtual appearances set forth in the order at Doc. 43 shall be followed. (RE: related document(s) 43, 51) (skb)

Dated: 3/26/26

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE