**SO ORDERED.**
**SIGNED 31st day of March, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**





**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 2:25-ap-90051 |
| CHARLES H. ABERNATHY, *et al.,* | |
| Defendants. | |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 2:25-ap-90052 |
| CAROL JO CARRARA, *et al.* | |
| Defendants. | |

**ORDER REGARDING SUPPLEMENTATION OF RECORD FOR
PLAINTIFF HIAWATHA MANOR ASSOCIATION, INC.'S
MOTIONS FOR SUMMARY JUDGMENT**

On March 31, 2026, the Court heard argument on Plaintiff Hiawatha Manor Association, Inc.'s Motions for Summary Judgment filed in the above-captioned adversary proceedings. At the close of the hearing, the Court determined that it would not grant summary judgment on the record as it stands, but that it would allow the Plaintiff a short period of time to supplement the record. *See* Fed. R. Bankr. P. 7056; Fed. R. Civ. P. 56(e)(1).

Accordingly, the Court hereby sets the following schedule for supplementing the record:

1.      Plaintiff shall file any supplemental material in support of its motions and specifically relating to the requested Court determination pursuant to 11 U.S.C. §§ 363(h)(2) and (3) by no later than **April 6, 2026**.

2.      Any response to the supplemental material shall be filed by no later than **April 17, 2026**. Responses should address (i) whether the supplemental material changes any prior responses to the Plaintiff's statement of undisputed facts; (ii) whether the respondent believes there is a genuine dispute as to any material fact despite the filing of supplemental material; and (iii) any other argument relating to the supplemental material and its impact on the Motions for Summary Judgment. Any response may include any rebuttal evidence bearing upon the supplemental material filed by Plaintiff.

3.      The Court will not schedule another hearing on the Motions unless it determines that a hearing would benefit the Court after reviewing the supplemental material and responses.

IT IS SO ORDERED.