United States Bankruptcy Court

Middle District of Tennessee

Hiawatha Manor Association, Inc.,

    Plaintiff

                                       Adv. Proc. No. 25-90051-RSM

Abernathy,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 31, 2026 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Charles H. Abernathy, 367 Denzil Lane, Oneida, TN 37841-5944 |
| dft | + | Linda Lindstrom Simmons, 9643 Chanteclair Circle, Highlands Ranch, CO 80126-3079 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | |
| | on behalf of Plaintiff Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | |
| | on behalf of Plaintiff Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |

TOTAL: 2

**SO ORDERED.**
**SIGNED 31st day of March, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**





**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 2:25-ap-90051 |
| CHARLES H. ABERNATHY, *et al.,* | |
| Defendants. | |
| HIAWATHA MANOR ASSOCIATION, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 2:25-ap-90052 |
| CAROL JO CARRARA, *et al.* | |
| Defendants. | |

**ORDER REGARDING SUPPLEMENTATION OF RECORD FOR
PLAINTIFF HIAWATHA MANOR ASSOCIATION, INC.'S
MOTIONS FOR SUMMARY JUDGMENT**

On March 31, 2026, the Court heard argument on Plaintiff Hiawatha Manor Association, Inc.'s Motions for Summary Judgment filed in the above-captioned adversary proceedings. At the close of the hearing, the Court determined that it would not grant summary judgment on the record as it stands, but that it would allow the Plaintiff a short period of time to supplement the record. *See* Fed. R. Bankr. P. 7056; Fed. R. Civ. P. 56(e)(1).

Accordingly, the Court hereby sets the following schedule for supplementing the record:

1. Plaintiff shall file any supplemental material in support of its motions and specifically relating to the requested Court determination pursuant to 11 U.S.C. §§ 363(h)(2) and (3) by no later than **April 6, 2026**.

2. Any response to the supplemental material shall be filed by no later than **April 17, 2026**. Responses should address (i) whether the supplemental material changes any prior responses to the Plaintiff's statement of undisputed facts; (ii) whether the respondent believes there is a genuine dispute as to any material fact despite the filing of supplemental material; and (iii) any other argument relating to the supplemental material and its impact on the Motions for Summary Judgment. Any response may include any rebuttal evidence bearing upon the supplemental material filed by Plaintiff.

3. The Court will not schedule another hearing on the Motions unless it determines that a hearing would benefit the Court after reviewing the supplemental material and responses.

IT IS SO ORDERED.